# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

STEVEN FRANCIS D'AMICO,

      Plaintiff,

v.                           CASE NO.  4:18cv494-RH-CAS

JULIE JONES et al.,

      Defendants.

_____/


## ORDER DENYING A PRELIMINARY INJUNCTION


This prisoner civil-rights case is before the court on the magistrate judge's report and recommendation, ECF No. 19, which recommends denial of the plaintiff's motion for a preliminary injunction. This order accepts the recommendation and denies a preliminary injunction. But the plaintiff may renew the motion if he alleges with some specificity precisely what he urgently needs and is not receiving and provides a declaration or other supporting evidence. The magistrate judge should require a prompt response to any such renewed motion.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The preliminary-injunction motion, ECF No. 12, is denied without prejudice. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on August 20, 2019.

s/Robert L. Hinkle
United States District Judge