IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN FRANCIS D'AMICO,

    Plaintiff,

v.                                         CASE NO. 4:18cv494-RH-HTC

JULIE JONES et al.,

    Defendants.

_____/

## ORDER DENYING THE MOTION FOR
## A PRELIMINARY INJUNCTION

The plaintiff's motion for a preliminary injunction is before the court on the magistrate judge's report and recommendation, ECF No. 41, and the response, ECF No. 43. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The plaintiff's motion for a preliminary injunction, ECF No. 26, is denied as moot. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on July 13, 2020.

                                         s/Robert L. Hinkle
                                         United States District Judge